

# IN THE
# TENTH COURT OF APPEALS

---

## No. 10-23-00427-CV

## IN RE WENDY MARIA CAMPOS

---

## Original Proceeding

---

### From the 474th District Court
### McLennan County, Texas
### Trial Court No. 2017-3767-5

---

## MEMORANDUM OPINION

---

Relator Wendy Maria Campos's "Petition for Writ of Mandamus," filed on December 28, 2023, is denied. Relator's "Motion for Emergency Stay of the Trial Court's 90-Day No Contact Order," filed on January 26, 2024, is dismissed as moot.

MATT JOHNSON
Justice

Before Chief Justice Gray,
    Justice Johnson, and
    Justice Smith
Petition denied
Opinion delivered and filed January 29, 2024
[OT06]

